IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENDY ANN COOK,<br><br>                Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,[1] Commissioner of Social Security,<br><br>                Defendant. | CIVIL ACTION<br>NO. 20-4811 |

## ORDER

**AND NOW**, this 26th day of April 2022, upon consideration of the Report and Recommendation of Magistrate Judge Lynne A. Sitarski (Doc. No. 19), to which there is no objection, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 19) is **APPROVED** and **ADOPTED**.

2. Plaintiff's Request for Review (Doc. No. 15) is **GRANTED** in accordance with the Report and Recommendation.

3. The matter is **REMANDED** for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

/s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.

---

[1] In accordance with Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi, the Acting Commissioner of Social Security, is substituted as Defendant for Andrew Saul, the former Commissioner.